Writ refused. We find no merit in the application.

■

229 So.2d 736

Lynn Andrew WOLFE, et ux. d/b/a Wolfe's
Family Shoe Store

v.

NORTH SHREVEPORT DEVELOPMENT
COMPANY, et al.

No. 50269.

Jan. 9, 1970.

In re: Lynn Andrew Wolfe, et ux applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 228 So.2d 148.

Writ refused. No error of law in the judgment.

HAMLIN, J., is of the opinion that this case should be heard on the merits. See C.C.P. Art. 5051.

SUMMERS, J., is of the opinion the writ should be granted.

■

229 So.2d 736

J. P. VAN WAY ENGINEER–
CONTRACTORS, INC.

v.

COMMUNICATIONS BROAD-
CASTING, INC.

No. 50310.

Jan. 9, 1970.

In re: J. P. Van Way Engineer-Contractors, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 228 So.2d 175.

Not considered. The application was not timely filed. See Article VII, Section 11, Louisiana Constitution.